USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 19 2009

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 1 8 2009

**Milman Labuda Law Group, PLLC**
Attorneys at Law
3000 Marcus Avenue
Suite 3W3
Lake Success, New York 11042

Telephone (516) 328-8899
Facsimile (516) 328-0082

Author: Netanel Newberger
Direct E-Mail Address: netanelnewberger@mllaborlaw.com
Direct Dial: (516) 303-1356

<u>Via Facsimile: (212) 805-6737 (5 pages)</u>

March 17, 2009

Attn: Barbara Graves-Poller
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

    Re:    **Custodio v. American Chain Link & Construction**
            **Docket No: 06 CV 7148 (GBD)**
            <u>Our File No: 92-06</u>

Dear Ms. Graves-Poller:

    This firm is counsel to Defendants American Chain Link & Construction, Inc., Mary Murchison, Richard Guercia, Colonial Surety Co. and Nova Casualty Co. ("Defendants") in the above matter. Enclosed please find Defendants' previous requests for an extension of time until March 27, 2009 to submit opposition papers to Plaintiffs' fee application. However, in the Court's order dated March 12, 2009, the Court so-ordered the endorsed letter from the undersigned "re: Counsel requests that the Court permit Defendants until <u>March 17, 2009</u> to respond to Plaintiffs fee application."

    As such, Defendants respectfully request that the Court permit Defendants until March 27, 2009 to respond to Plaintiffs' fee application.

                                          Respectfully submitted,

                                          MILMAN LABUDA LAW GROUP, PLLC

                                          *Netanel Newberger*
                                          Netanel Newberger

cc:    Delvis Melendez, Esq. - via regular mail
        Lloyd Ambinder, Esq. - via regular mail

**MILMAN LABUDA LAW GROUP PLLC**
6000 MARCUS AVENUE
SUITE 3W3
LAKE SUCCESS, NEW YORK 11042

Author: Netanel Newberger
Direct E-Mail Address: nnewberger@millaborlaw.com
Direct Dial: (516) 303-1356

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

March 13, 2009

<u>Via Overnight Mail</u>

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

      Re:    **Custodio v. American Chain Link & Construction**
               Docket No: 06 CV 7148 (GBD)
               <u>Our File No: 92-06</u>

Dear Judge Daniels:

        This firm is counsel to Defendants American Chain Link & Construction, Inc., Mary Murchison, Richard Guercia, Colonial Surety Co. and Nova Casualty Co. ("Defendants") in the above matter. This letter is in furtherance of Defendants' previous request, dated March 11, 2009, for an extension of time until <u>March 27, 2009</u> to submit their opposition papers to Plaintiffs' fee application. (A copy of that letter is attached hereto as Exhibit "A".) However, in the Court's order dated March 12, 2009, the Court so-ordered the endorsed letter from the undersigned "re: Counsel requests that the Court permit Defendants until <u>March 17, 2009</u> to respond to Plaintiffs fee application."

        With due respect, Defendants respectfully request that the Court so-order Defendants' request for an extension of time until <u>March 27, 2009</u> to submit their opposition papers to Plaintiffs' fee application.

                                         Respectfully submitted,

                                         MILMAN LABUDA LAW GROUP, PLLC

                                         */s/ Netanel Newberger*

Enclosures                                Netanel Newberger
cc:    Delvis Melendez, Esq. - via regular mail
        Lloyd Ambinder, Esq. - via regular mail
        Neil Connolly, Esq. - via regular mail
        Robert McCann, Esq. - via regular mail
        Richard Guercia- via regular mail

# EXHIBIT "A"

**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W3
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Netanel Newberger
Direct E-Mail Address: netanelnewberger@millaborlaw.com
Direct Dial: (516) 303-1356

**Via Overnight Mail**

March 11, 2009

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007

   Re: Custodio v. American Chain Link & Construction
     Docket No: 06 CV 7148 (GBD)
     Our File No: 92-06

Dear Judge Daniels:

  This firm is counsel to Defendants American Chain Link & Construction, Inc., Mary Murchison, Richard Guercia, Colonial Surety Co. and Nova Casualty Co. ("Defendants") in the above matter. Opposition to Plaintiffs' fee application was originally due February 25, 2009. Defendants previously requested extensions of time until March 6, 2009 and March 13, 2009; both previous requests for extensions of time are currently pending before the Court.

  This is the third request for an extension of time to submit opposition papers in this motion. At this time, Defendants request two (2) additional weeks to respond to Plaintiffs' fee application, due to the complexity of the motion and other engaging matters. Defendants also advise the Court that Plaintiffs had over three (3) months to prepare their fee application, from the time that this matter was settled between the parties on October 20, 2008, until February 10, 2009, when Plaintiffs served their fee application. Thus, as a matter of equity, Defendants should be granted sufficient time to adequately prepare their opposition to this fee application.

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
March 11, 2009
Page 2

    As such, Defendants respectfully request that the Court permit Defendants until March 27, 2009 to respond to Plaintiffs' fee application. Plaintiffs' counsel has not consented to this extension of time.

                                              Respectfully submitted,

                                              MILMAN LABUDA LAW GROUP, PLLC

                                              Netanel Newberger

NN:lmg

cc:    Delvis Melendez, Esq. - via regular mail
        Lloyd Ambinder, Esq. - via regular mail
        Neil Connelly, Esq. - via regular mail
        Robert McCann, Esq. - via regular mail
        Richard Guercia - via regular mail